*MHM*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

MAR 24 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*MARCUS BROWN*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV1701
JUDGE SHADUR
MAG.JUDGE DENLOW**

vs.

Case No. _____
(To be supplied by the Clerk of this Court)

*Chief Jennifer Witherspoon; officer ( )Klerowicz;
Patrick Firman; classification committee; Sgt. ( )kirk
Anthony Ward; David Padilla; officer ( )Quick;
Lt. ( ) Mercado; nurse Mary Jo ( ); ( )officer Sapyta
Sgt. ( ) Novarro; nurse Elisabeth ( );
officer ( )Crittendon; Nurse Donna ( );*

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: _MARCUS BROWN_

B.    List all aliases: _N/A — NONE_

C.    Prisoner identification number: _~~4 - GTAZ~~ 108457_

D.    Place of present confinement: _LAKE County Jail_

E.    Address: _P.O. BOX 38, WAUKegAN, ILL 60079_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Chief Jennifer Witherspoon_

Title: _Chief of Corrections_

Place of Employment: _LAKE County Jail; P.O. BOX 38, WAUKegAN, IL 60079_

B.    Defendant: _PATRICK FIRMAN_

Title: _Deputy Chief of Corrections_

Place of Employment: _LAKE County Jail; P.O. BOX 38, WAUKegAN, IL 60079_

C.    Defendant: _ANTHONY WARd_

Title: _Deputy Chief of Corrections_

Place of Employment: _LAKE County Jail; P.O. BOX 38, WAUKegAN, IL 60079_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



II. Defendant(s):

D. Defendant: Mercado (first name unknown)
   Title: Lieutenant of Corrections; grievance Coordinator
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, IL 60079

E. Defendant: Novarro (first name unknown)
   Title: Sargeant of Corrections; classification Sargeant
   Place of Employment: Lake county Jail; P.O. Box 38, Waukegan, IL 60079

F. Defendant: Crittenden (first name unknown)
   Title: officer/correctional officer of Corrections
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, IL 60079

G. Defendant: Klenowicz (First name unknown)
   Title: officer/correctional officer of Corrections
   Place of Employment: Lake County Jail; P.O. Box 38; Waukegan, IL 60079

H. Defendant: Qweh (first name unknown)
   Title: officer/correctional officer of corrections
   Place of Employment: Lake county Jail; P.O. Box 38; Waukegan, IL 60079

I. Defendant: Classification Committee - whoever makes this Committee up.
   Title:
   Place of Employment: Lake County Jail; P.O. box 38; Waukegan, IL 60079

II. Defendant(s):

J. Defendant: DAVID PADILLA
   Title: DON/Site MANAGER   NURSE
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, Il 60079

K. Defendant: MARY Jo  (LAST NAME UNKNOWN)
   Title: NURSE
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, Il 60079

L. Defendant: Elisabeth  (LAST NAME UNKNOWN)
   Title: NURSE
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, Il 60079

M. Defendant: DONNA  (LAST NAME UNKNOWN)
   Title: NURSE
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, Ill 60079

N. Defendant: ( ) KIRK  (FIRST NAME UNKNOWN)
   Title: SArgeant in Rank, Correctional Officer
   Place of Employment: Lake County Jail; P.O. Box 38, Waukegan, Il 60079

O. Defendant:
   Title:
   Place of Employment:

P. Defendant: ( ) Zapyta ( last name unknown)
   Title: Officer/Correctional; place of employment lake county jail p.o. 38
   Waukegan IL, 60079



**III.** **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( ✓ )  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ )  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

filed grievances, spoke to staff, wrote the chief

2.    What was the result?

Harrassment, continued denials, violations of constitutional Rights

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

Complaints ignored, Constitutional violations continued

D.    If your answer is **NO**, explain why not:

N/A

E.     Is the grievance procedure now completed?  YES (✓)  NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓)  NO ( )

G.     If your answer is **YES**:

      1.     What steps did you take?

      Wrote grievances, Appealed grievances, spoke with several members of command staff, wrote And spoke with Chief Witherspoon

      2.     What was the result?

      HARASSMENT, complAINTs (grievances ignored)

H.     If your answer is **NO**, explain why not:

    N/A

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: *06 - CV - 5915*

B.  Approximate date of filing lawsuit: *November 7, 2006*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: *Markus Brown*

D.  List all defendants: *Patrick Freman; Lt. Mercado; Sgt. Nieski; Classification Committee; And Lake County, Illinois Sheriff Department;*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court, 7th Circuit*

F.  Name of judge to whom case was assigned: *Judge Shadur*

G.  Basic claim made: *Due Process Violations; unconstitutionally violated And denied visit;*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *dismissed, I did not know how to pursue And Need An Attorney the Court would not Appoint one. I still need counsel Appointed for the One I Am doing now. Someone Assisted me but they made bond Already And I don't know how to contact them.*

I.  Approximate date of disposition: *November 7, 2006*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Claim I) The County of Lake, Along with the following individuals And entity in their official And individual capacities failed to provide plaintiff with a hearing for Alleged violations of facility Rules. Patrick Firman (Deputy Chief of Corrections), Sgt. Kirk (classification and grievance coordinator), Lt. Mercado (lead grievance coordinator) And the classification committee on 8/20/06 failed to remove plaintiff Brown from punitive segregation unit for A previous violation of facility Rules. On 8/20/06 At Approximately 2:30pm plaintiff Brown was informed that he would not be removed from punitive segregation even though his sentence was completed for disciplinary/punitive segregation. (The Lake County Jail staff And sheriff position changed. Chief Jennifer Witherspoon became the new chief/head of corrections for the Lake County Jail; Sgt. () Kirk was terminated; And Deputy Chief Anthony Wigel became Deputy Chief Along with Deputy Chief Patrick Firman. Now there Are two (2) Deputy Chiefs in the Lake County Jail.) Plaintiff Brown wrote Chief Jennifer Witherspoon; the new Sgt. () Novallo over the classification committee, Plaintiff filed grievances And the Lake County Jail correctional staff still did not remove him from the punitive/disciplinary segregation unit And Plaintiff was detained in punitive/disciplinary segregation until January 10, 2007; being illegally restrained, his due process of law being violated And he was

illegally placed in status II or III of which is unconstitutional and subjects one to cruel and inhumane punishment. The Plaintiff Brown's mattress, bed cover, bed sheets, bed spreads, blankets were taken from him and he was made to sit on steel and concrete daily for over a four (4) month period. If he choose to lay down, he had to lay on steel and concrete. This also subjected the Plaintiff Brown to a deliberate indifference as all other inmates, similarly-situated inmates of the Lake County Jail are not to this treatment. This is a constitutional violation. Defendants chief Jennifer Witherspoon; Deputy Chief Patrick Firman; Deputy chief Anthony Wardy (Lt.) Mercado; Sgt. () Kirk; Sgt. () Novarro; officer () Kerowicz; officer ( ) Quirck, officer ( ) Crittenden and the Classification Committee of the Lake County Jail have violated the Plaintiff Brown's constitutional Rights by keeping him illegally Restrained in punitive/disciplinary segregation past his time to be in such without a hearing, this violated his Due Process of Law and subjected him to cruel and inhumane punishment and a deliberate indifference. This is unconstitutional.

(Claim 2) The Lake County Jail staff along with the following individuals and entity, in their official and individual capacities subjected to Plaintiff Brown to an illegal status # II or level II lockdown taking his mattress, bed covers, bed sheets, all clothing, bed spreads, blankets and leaving Plaintiff Brown in a concrete cell with steel bed, desk, steel toilet and steel seat to sit on, with all concrete and steel daily for over a four (4) month period. This subjects Plaintiff Brown to cruel and inhumane

V. Statement of Claim (continued):

punishment. Defendants chief Jennifer Witherspoon; Deputy chief Patrick Firman; Deputy chief Anthony Ward; Lt () Mercado; Sgt () Novaero; officer () Kaelowicz; officer () Quick; officer () Crittenden And the Defendants that comprumise And make up the classification Committee As they subjected Plaintiff Brown to A status of level II taking his mattress, bed covers, bed sheets And liven leaving him in A concrete And steel cell All day long for over four (4) months without A hearing to do so. This violates Plaintiff Brown's right to Due Process of Law, And subjects Plaintiff Brown to cruel And inhumane treatment. As Plaintiff Brown has A bad back Also subjected him to A deliberate indifference. This is A constitutional violation.

claim 3) The county of Lake, Along with the following individuals. And entity, in their official And individual capacities failed to not discriminate Against Plaintiff while he was on level II. All other inmates get off in 30 days without Any Rule violation or infraction. Plaintiff Brown was not treated with the same As All other similarly situated inmates that Are placed on level II, in that Plaintiff Brown went 30 days without Any Rule violation And Defendants chief Witherspoon; Deputy chief Patrick Firman; Deputy chief Anthony Ward; Lt () Mercado; officer () Kaelowicz; officer () Quick; officer () Crittenden; the classification committee; And Sgt () Novaero discriminated Against Plaintiff Brown And would not Remove him from the illegal level II status And would not Remove him from disciplinary punitive segregation And this violates the Plaintiff Brown's Constitutional Rights. This is A constitutional violation.

V. Statement of Claim (continued):

Claim 4) The County of Lake, Along with the following individuals And entity, in their official And individual capacities failed to post Rule changes, And Arbitrarily enforced Rules And Regulations upon the Plaintiff Brown as they saw fit to do. This is An unconstitutional practice And violates Plaintiff Brown's Constitutional Rights. Defendants Chief Jennifer Witherspoon; Deputy Chief Patrick heaman; Deputy Chief Anthony Ward; Lt. ( ) Mercado; And Sgt. ( ) Navarro Arbitrarily employ, change And enforce Rules And Regulations upon the Plaintiff Brown And other similarly situated inmates without informing them that the Rule has changed whenever the Defendants feel And believe it is best in their interest And not the inmates without posting such. This is Unconstitutional And violates Plaintiff Brown's Constitutional Rights. This is A Constitutional violation.

Claim 5) The County of Lake, Along with the following individuals And Entity, in their official And individual capacities failed to let the Plaintiff Brown be Removed from the disciplinary/punitive Segregation unit When the disciplinary/violation of Rules Committee had ordered Plaintiff Brown to be Released. Plaintiff Brown was to be Released on one Account on 8/30/06 And was not Released until January 10, 2007. Then on Another Account Plaintiff Brown was to be Released from segregation on 1/09/08 And was not Released to 1/12/08.

At which time inmates, similarly situated inmates And Plaintiff Brown Are kept in disciplinary/punitive Segre-

V. Statement of claim (continued);

claim 5 | -gation they are to be restored their rights and privileges that other inmates have that are not in the segregation unit. The Disciplinary violation of Rules committee states in the disciplinary proceedings and hearing on the Report of Disciplinary committee findings & Recommended Action (out date: 1-01-2008) And you are not released on that date, on that date you should have your rights and privileges that were taken away from you Restored. Plaintiff Brown should have been able to cook him a hot oatmeal or noodle or dip on 1-09-08, not on 1-12-08; Plaintiff should have been able to watch T.V. and have his commissary in his cell and returned to him, by not having his rights and privileges restored to him he was placed in an illegal and unlawful Restraint. this is unconstitutional and discriminatory This is an unconstitutional act and practice. This is unconstitutional. Defendants chief Jennifer witherspoon; Deputy chief Patrick Freeman; Deputy chief Anthony Ward; Lt. () Marado; Defendants of the classification committee; And Sgt. () Novelle. Are Responsible for this constitutional violation of unlawful Restraint and not allowing one to be removed from the punitive/disciplinary segregation Unit on time. This is unconstitutional.

claim 6) | The county of Lake, Along with the following individuals and Entity, in their official and individual capacities failed to keep the Plaintiff Brown safe and secure, as well protect his welfare and safety. Plaintiff Brown had a keep separate issued by the county of Lake Court of the 19th Judicial District, that he be kept from inmate Emmanuel Johnson. Plaintiff Brown was Released

V   statement of claim (continued):

claim 6   (continued)

from Segregation on 1/12/08 and placed on the 5 north
classification Pod, not knowing his court ordered keep seperate
was on this Pod. Emmanuel Johnson was not locked in his cell
when Defendant officer ( ) Sapyta called inmate Brown down
to his desk. Plantiff Brown was attacked by inmate Emmanuel
Johnson with a garbage can, Plantiff Brown was injured. Plantiff
Brown suffered head trauma and injury, cut above his Right eye and
cuts to his face. Plantiff Brown suffers headaches and backaches
from this injury and attack. Defendants chief Jennifer Witherspoon;
Deputy chief Patrick Firman; Deputy chief Anthony Ward; Lt ( ) Mercado;
Sgt ( ) Novakeo; officer ( ) Sapyta; officer ( ) Crittenden; officer ( ) Quick;
officer ( ) Krelowicz, and Defendants that make up and compromise the
classification committee were aware of the court ordered keep
seperate and neglected and failed to keep Plantiff Brown's welfare and
safety, as the court had notified the officials of the Lake County
Jail, and the higher officials were to inform the officials
under them. Plantiff Brown had also wrote the officials as well.
Plantiff Brown had a keep seperate - court ordered keep sepe-
ate and Defendants Witherspoon; Firman; Ward; Mercado; Novakeo; Sapyta;
Crittenden; Quick; And Krelowicz, as well the classification committee endanger-
ed Plantiff Brown's life and safety by putting Plantiff Brown and
inmate Johnson on the same living quarters together and had
Plantiff Brown and inmate Johnson out together. This subjects
Plantiff Brown to a cruel and inhumane punishment and other

V   Statement of Claim (Continued):

Claim 6    (continued):

constitutional violations, including a deliberate indifference. This is
a constitutional violation.

Claim 7)    The County of Lake, along with the following individuals and entity,
in their official and individual capacities failed to provide Plaintiff Brown
with adequate and proper medical care and treatment. Plaintiff Brown
was attacked on or about 1/13/08 by another inmate Emmanuel Johnson
with a garbage can and was cut above the eyes, in the face, and was
having major head and back pains. The Lake County Jail medical
staff and Defendants Chief Jennifer Witherspoon; Deputy Chief Patrick
Firman; Deputy Chief Anthony Ward; Director of Nursing (David) Dave Padilla;
Nurse Mary Jo (); And Nurse Elisabeth, never gave the Plaintiff
Brown adequate and proper medical treatment, they only gave
him tylenol (plain tylenol) and told him you will be alright. They
never submitted, nor referred him to see the Doctor to would
have been the appropriate medical analysis and diagnose since
the Plaintiff Brown received head and back injuries/trauma.
Thus Defendant's Chief Jennifer Witherspoon, Deputy Chief Patrick Firman;
Deputy Chief Anthony Ward; Director of Nursing Dave Padilla; Nurse Mary
Jo (last name unknown) and Nurse Elisabeth (last name unknown)
subjected Plaintiff to inadequate and improper medical treatment
and a deliberate indifference of medical care. This is a
constitutional violation. By Director of Nursing Dave Padilla
and Nurse Donna (last name unknown) being the nurses that

V statement of claim (continued):

claim 2 have to put you in to see the Doctor And nurse
Donna () Assisting the Doctor thus defendants subjected
Plantiff Brown to a deliberate indifference. This is a constitut-
ional violation.

## VI.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

1. That court order each Defendant in claims #1 thru #5 to award to Plaintiff Marcus Brown one hundred thousand ($100,000.00) Dollars in compensatory Damages.

2. That court order each Defendant in claims #1 thru #5 to award to Plaintiff Marcus Brown one hundred and fifty thousand ($150,000.00) Dollars in punitive Damages.

3. That court order each Defendant in claims #6 and #7 to award to Plaintiff Marcus Brown one million ($100,000,000.00) Dollars in compensatory Damages.

4. That court order each Defendant in claims #6 and #7 to award to Plaintiff Marcus Brown one million and five hundred thousand ($1,500,000.00) Dollars in punitive Damages.

5. That court order Defendants to pay All court costs, witness fees, investigation fees, Attorney fees, All postage that Plaintiff Brown may incur/accrue and whatever else Plaintiff may have to pay for regarding this action.

6. That court order Defendants to pay whatever else the court may deem necessary to pay or do, or that Plaintiffs Attorney may request the Defendants to do,

7. See Attached sheet of paper with "Relief".

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may
be subject to sanctions by the Court.

Signed this ___O2___ day of ___B___ , 200_8_

_____
(Signature of plaintiff or plaintiffs)

___MARCUS BROWN___
(Print name)

___108457___
(I.D. Number)

_____

___PO Box 38 Waukegan Il. 60085___
(Address)

VI. Relief (continued):

7. That court order Defendants to pay All medical bills that Plaintiff may Accrue including physician bills, hospital bills, x-ray and/or MRI bills, etc.

8. That court Appoint Counsel to represent the Plaintiff Marcus Brown on this matter and issue.

9. That court order Defendants to pay All taxes on All monetary Awards/refunds to the Plaintiff Marcus Brown.

10. That court order Defendants to be tried by A Jury, As Plaintiff demands the case be tried by A jury.

11. That whatever else Court may deem otherwise is necessary and Just.

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**INMATE REQUEST FORM**

1084S

Marcus Brown
PRINT YOUR NAME HERE

1/13/08
TODAY'S DATE

3 North #19
YOUR LOCATION

TO: Feob Wer Witherspool
STAFF NAME

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW.  PRINT CLEARLY!**

I was writing to give back at a inmate request I sent
you, classification on 1/12/08. It was about my location also
about me being on a pod with one of my keep seperates. I was
whitting to you, class to defuse anything that could happen. But
now it did happen due to nonchalant placement by classification
I did the intelligent thing by sending a request why I didn't
get move? So to hospital I got hit with toothcan.

Marcus Brown
YOUR SIGNATURE

**STAFF RESPONSE**

I/M Brown an
investigation is
being done
regarding the
incident.

SIGNATURE OF STAFF

150-373 Rev. 10/96

1/16/08

ASU



**MARK CURRAN**
**SHERIFF**

DEPARTMENTAL CORRESPONDENCE

**DATE:**          **January 24, 2008**

**TO:**            Inmate Marcus Brown  L-108457

**FROM:**          Lt. Mercado

**REFERENCE:**     **Grievance 08G040**

I have received and reviewed the grievance you submitted on January 10, 2008.

You were released from the ASU on January 12, 2008.  Subsequently, you were involved in a physical altercation with another inmate and moved back to the ASU for fighting on January 13, 2008.

The resolution you sought was to be removed from the ASU, which was done.  Your grievance is considered resolved.



# MARK CURRAN
# SHERIFF

## DEPARTMENTAL CORRESPONDENCE

**DATE:**        **January 25, 2008**

**TO:**          Inmate Marcus Brown  L-108457

**FROM:**        Lt. Mercado

**REFERENCE:**   **Grievance 08 G 049**

I have received and reviewed the grievance you submitted on January 13, 2008.

This matter will be looked into and if founded, addressed.

# LAKE COUNTY ADULT CORRECTIONAL DIVISION

## HEALTH CARE SERVICES REQUEST FORM

INMATE'S NAME: _____ DATE: _____

#: _____ LOCATION: _____

PRESENTING COMPLAINT: _____

_____

_____

_____

### SECTION BELOW TO BE COMPLETED BY MEDICAL STAFF

## SERVICES

| | | |
|---|---|---|
| ☐ | DOCTOR VISIT (NON-EMERGENCY) | $15.00 |
| ☐ | NURSE CALL (NON-EMERGENCY) | $10.00 |
| ☐ | DENTIST VISIT (NON-EMERGENCY) | $10.00 |
| ☐ | MENTAL HEALTH PROFESSIONAL | N/C |

I UNDERSTAND THAT MEDICAL CARE WILL NEVER BE REFUSED TO ANY INMATE. THOSE INMATES WHO HAVE INSUFFICIENT FUNDS OR NO FUNDS WILL BE SEEN BY THE MEDICAL STAFF AND A NEGATIVE BALANCE WILL BE PLACED ON THE INMATE'S ACCOUNT. WHEN FUNDS ARE RECEIVED, THE MEDICAL PAYMENT WILL BE DEDUCTED FROM MY ACCOUNT.

I FURTHER UNDERSTAND THAT IF I MEDICATE OFF THIS NOTE, I MAY SIGN A "HEALTH SERVICES RELEASE" FROM THE LAKE COUNTY JAIL IF I RETURN TO THE LAKE COUNTY JAIL. IN THE FUTURE, WITH FUNDS ON MY ACCOUNT, A DEDUCTION WILL BE MADE FOR SERVICES ALREADY RENDERED.

INMATE'S SIGNATURE: _____ DATE: _____

NURSING STAFF SIGNATURE: _____ DATE: _____

ACCOUNT OFFICER: _____ DATE: _____

## LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**PRINT YOUR NAME HERE**
_Marcus Brown_

**TODAY'S DATE** 12/26/07          **YOUR LOCATION** 3rd rt #43

Sgt. Navarro

TO: ~~Deputy Chief Ward~~
**STAFF NAME**

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

How you doing? I hope good. I just have
a few problems that I think you could
help me out with. I been on level #5 since Aug 29th
and I was told you have to go 30 days without
no problems. I done that, and i'm still on level #5
I spoke to Sgt. Navarro, he told me the policy change
to 60 days. I think that's a lie due to I seen
two other inmates get off in 30 days. Can you
**STAFF RESPONSE** check this for me? Thank you.

You cannot have any
violations within a
**Referred to:** 30 day period.
you had a violation
on 12-2-07.

_SIGNATURE OF STAFF_

150-373 Rev. 10/96

We will consider a
Status change on
next wednesday.
Ofc Kaminir



# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION

### INMATE REQUEST FORM

Marcus Braun                    108451

*PRINT YOUR NAME HERE*

1/08/08                    3rd North # 19

*TODAY'S DATE*              *YOUR LOCATION*

TO: Classification

*STAFF NAME*

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

Hello. I'm writing due to I receive a ticket on
1/3/08 but after the investigation the sgt found
Me not guilty on all major charges but guilty
on "one # (minor charge". can't I been
taking off level #3? since the chief stated 30 day
without "any Major" incicredents. Thank

*YOUR SIGNATURE*

Marcus Braun

STAFF RESPONSE    It hasn't
been 30 days since
your last incident.

Referred to: This last
disciplinary occurrO
last wichesday.

*SIGNATURE OF STAFF*

150-373 Rev. 10/96

The Sergeant save
you 5 days. You
win also Be discuseO
at the meetno today
Ofc. kennwice

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



## INMATE REQUEST FORM

Marcus Brown 108487
*PRINT YOUR NAME HERE*

12/29/07 _____     3rd floor H#43
*TODAY'S DATE*          *YOUR LOCATION*

TO: Jennifer Witherspoon
*STAFF NAME*

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW. PRINT CLEARLY!**

Hello how you doing? I hope good! I just experince a dilema yesterday. I wrote you a request 12/26/07 pertaining level 1's, eg the dinner but you never received it due to c/o "Ditz" never put them in yall box. I wrote you/word. I receive y'all back with no answer, word was answered by c/a Klebowitz to jail justicify sgt NAVARRO actions! Don't yall have yall own boxes?
*YOUR SIGNATURE*
Also write grievance.

**STAFF RESPONSE** Sgt. Navarro resolued the matter the day I received it.

Referred to: _____

_____
*SIGNATURE OF STAFF*

150-373 Rev. 10/96

12/31/07



LAKE COUNTY SHERIFF
ADULT CORRECTIONAL DIVISION

INMATE REQUEST FORM

Marcus Beard
PRINT YOUR NAME HERE

1/28/08                    3 North # 19
TODAY'S DATE              YOUR LOCATION

TO: Jennifer Witherspoon
STAFF NAME

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

Hello. I just received my finding back I
submitted on 1/18/08 pertaining the
incident on Sixeth. My appeal was
disapprove by Lt. Mercado who is part of the
committee. The inmate hand book state
all appeals are handle by the chief!
why my wasn't? Marcus Beard
YOUR SIGNATURE

STAFF RESPONSE     F/M Brown
I have no idea
of what you are
talking about;
I will speak with
the LT

Referred to:

SIGNATURE OF STAFF

150-373 Rev. 10/95

1/29/08

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**INMATE REQUEST FORM**

108457

Marcus Brown
*PRINT YOUR NAME HERE*

12/16/07                    3 NORTH
*TODAY'S DATE*              *YOUR LOCATION*

TO: Jennifer Witherspoon
*STAFF NAME*

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW. PRINT CLEARLY!**

How are you doing? I hope good! I want to ask a question about this level #2 situation which have me discombobulate. What is the meaning & purpose of Sgt Delvarro taking a Mattress, sheet & blankets every morning and give them back to us at night?!

*YOUR SIGNATURE*

**STAFF RESPONSE** I/M Brown the removal of items are for your safety and the officers. It is not for discipline.

Referred to:

*SIGNATURE OF STAFF*

150-373 Rev. 10/96                    12/20/07

**LAKE COUNTY SHERIFF**
**ADULT CORRECTIONAL DIVISION**



108457

Marcus Brow
PRINT YOUR NAME HERE

1/08/08                    3rd court # 19
TODAY'S DATE              YOUR LOCATION

TO: Teoldifee Witherspoon
STAFF NAME

**PLEASE STATE YOUR REQUEST OR PROBLEM**
**BELOW. PRINT CLEARLY!**

Hello. Mrs witherspoon i'm responding back from my
request on 12/26/07, pertaining level #2. I receive my
hearing after the sgt. did his investigation, was found
not guilty on all the major charges but guilty on
a minor charge which he gave me time serive for. How
am i'm allowed to get off level #2? since ya'l stated
don't have any major incident.         Marcus
YOUR SIGNATURE

STAFF RESPONSE    Speak to
Command

Referred to: _____

_____
SIGNATURE OF STAFF

150-373 Rev. 10/96              1/9/08

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



Marcus Beard 108457

PRINT YOUR NAME HERE

1/22/08                    3 North # 19

TODAY'S DATE              YOUR LOCATION

TO: Ms. Jeabifer witherspoon

STAFF NAME

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

I hope this request find you in good health
witherspoon in respect to my request on 1/8
you stated on 1/10/08 an investigation would
be done. What actions have been taking,
what conclusion have you made?! I'm
still in ASTU as well seeing the same c/o
with my present acting extemporize spirit

YOUR SIGNATURE

Marcus Beard

STAFF RESPONSE

>?? The results
of the investigation
are not given to you
however, you have
been made aware

Referred to:

of the investigation
and I am unclear
as to what you are
asking.

SIGNATURE OF STAFF

150-373 Rev 10/96

1/31/08

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



INMATE REQUEST FORM

Marcus Brown 108457
**PRINT YOUR NAME HERE**

1/10/08                    3 North #19
**TODAY'S DATE**            **YOUR LOCATION**

TO: Classification
**STAFF NAME**

### PLEASE STATE YOUR REQUEST OR PROBLEM BELOW. PRINT CLEARLY!

Hello. Today I spoke to numerous of c/o's,
sgt davis stated he inform classification
that my violation form on 10/17/07 was dismiss
why i'm still being placed in tsu after
sgt davis inform classification, sgt
Muller about my ticket being wrong?

_Marcus Brown_
**YOUR SIGNATURE**

STAFF RESPONSE You have been
informed of your
status personally
by Ofc Krerowicz
Referred to: On 1/10/08.

_Ofc Quick_
**SIGNATURE OF STAFF**

150-373 Rev. 10/96



# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION

### INMATE REQUEST FORM

MARCUS Brown    108457
**PRINT YOUR NAME HERE**

1/10/08
**TODAY'S DATE**

3tk tH #79
**YOUR LOCATION**

TO: Jennifer witherspoon
**STAFF NAME**

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

Hello Ms witherspoon I would like to bring a concern
to you attention pertaining to dilemma on sgt. Davis
behalf. Remember on 10/19/07 the grvt OTD 665. Well
my time telson is up but i'm being stopped/held due to sgt
Davis have inherem classification about you stating my
ticket being dismiss I still have my paper/grievance
stating resolved by Command. It was/never handle
correct please address the issue so my
**STAFF RESPONSE**           want
due process continue to be violated

I'll really appreciate it!! thank you

**Referred to:**
I'M Brown in
reference to that
Grievance. I stated
that **SIGNATURE OF STAFF** the matter
150-373 Rev. 10/96
was resolved by
LT. Mercado in her
answer to you and that
I agreed with her
decision.    JW 1/10/08

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**INMATE REQUEST FORM**

108457

Marcus Brown
_PRINT YOUR NAME HERE_

12/29/07
_TODAY'S DATE_

2nd floor #43
_YOUR LOCATION_

TO: Jenifee Witherspool
_STAFF NAME_

**PLEASE STATE YOUR REQUEST OR PROBLEM BELOW. PRINT CLEARLY!**

Ms Witherspool for the last three days during cleanup the C/o's have been opening my chuck hole, placing cleaning supplies for as spray for toilet, windows, the problem is they also expect you to sweep/mop by placing a broom/mop threw your chuck hole. The same spot the food come in daily. What kind of policy is that. That's not humane.
_YOUR SIGNATURE_ Marcus Brown

- - - - - - - - - - - - - - - - -

**STAFF RESPONSE** I/M Brown, since you receive broom before meals and are responsible for cleaning your self. Wipe down the chuck hole after cleaning supplies and broom are given back.

**Referred to:**

_SIGNATURE OF STAFF_

12/31/07

150-373 Rev. 10/96

LAKE COUNTY SHERIFF
**ADULT CORRECTIONAL DIVISION**

B2

INMATE REQUEST FORM

Marcus Brown 108487

*PRINT YOUR NAME HERE*

1/31/08      Short #19

*TODAY'S DATE*      *YOUR LOCATION*

TO: Jeublikee witherspoon

*STAFF NAME*

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW.  PRINT CLEARLY!**

witherspoon your right. I never spoke unperl
my question due to I got stagydon't
address facts with all the corruption
being displayed! my question is did
you ever receive my appeal finding I
submitted 1/28/08 yet?! Appreciate your
time.

Marcus Brown

*YOUR SIGNATURE*

**STAFF RESPONSE** I received
it today. I
will answer it
today

Referred to:

*SIGNATURE OF STAFF*

2/1/08

150-373 Rev. 10/96

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**INMATE REQUEST FORM**

Marcus Brown 108457
PRINT YOUR NAME HERE

1/09/08
TODAY'S DATE

3 North # 19
YOUR LOCATION

TO: Jennifer Witherspoon
STAFF NAME

**PLEASE STATE YOUR REQUEST OR PROBLEM**
**BELOW. PRINT CLEARLY!**

Hello. I would just like to bring a
dilemma to your attention on the behalf of
the county myself. My out date is 1/9/08
and im still placed in... here in this.
I have all my proper paper work which state my
time out date! can this problem please be address

YOUR SIGNATURE

Marcus Brown

• • • • • • • • • • • • • • • • • • • • • • • • • •

**STAFF RESPONSE** He has
been released
as of 1/9/08

Referred to: _____

SIGNATURE OF STAFF

150-373 Rev. 10/96

1/10/08

Psyical

2028 Winola
Waukegan 60079 Tia white
Home
847 625-4022

E

Physically

Judicial

# LAKE COUNTY SHERIFF
## ADULT CORRECTIONAL DIVISION



**INMATE REQUEST FORM**

10845

Marcus Brown
*PRINT YOUR NAME HERE*

1/13/08      3 North #19
*TODAY'S DATE*      *YOUR LOCATION*

TO: ___Probi ffer witherspool___
*STAFF NAME*

**PLEASE STATE YOUR REQUEST OR PROBLEM
BELOW. PRINT CLEARLY!**

I'm writting to you about a inmate Request I sent, you, classifiactial on 1/12/08. It was about m location also about Me being ara pod with ole of my Keep seperates. I was writting to you, class to defuse anything that could happen. But now it did happed due to Mishandlesh placement by classifiaction. I did the intelligent thing by seading a Request why, I didn't get Move? Do to hositaliea I get hit with a Razor can.

*YOUR SIGNATURE*

M Brown

**STAFF RESPONSE**

I/M Brown an
investigation is
being done
regarding the
incident

*SIGNATURE OF STAFF*

150-373 Rev. 10/96

1/16/08

ASU



# MARK CURRAN
# SHERIFF

## DEPARTMENTAL CORRESPONDENCE

**DATE:**        **January 28, 2008**

**TO**:           Inmate Marcus Brown  L-108457

**FROM:**       Lt. Mercado

**REFERENCE:**   **Grievance 08G061**

I have received and reviewed the grievance you submitted on January 14, 2008.

Your grievance has been forwarded to the medical staff for response.



# LAKE COUNTY ADULT CORRECTIONAL DIVISION INMATE GRIEVANCE RESPONSE FORM

_x_ **Disciplinary Appeal Response**
___ **Grievance Appeal Response**
___ **Grievance Response**

**Date:** February 1, 2008

**Inmate** Brown, Marcus    **L#** 108457    **Housing Unit** 3N 19

**Resolution:** ____ Approved  X Denied  ____ Irresolvable ____ Improper format

**\*Explanation:** Inmate Brown, in your appeal you asked that the incident be investigated. It has been.

Your request is denied because you stated in your hearing that " I had to protect myself", even after you admit that the officer had told you to lock down. I spoke to Ofcr. Crittendon also, who states Ofcr. Sapyta told you several times to go back to your cell and you questioned him "why", instead of returning to your cell. This was a violation because you disobeyed a direct order. She also states once you were hit, you charged at the other inmate to attack him after the officer told you to return to your cell again. You had no need to protect yourself after the initial hit, since the inmate was being secured by the officer. You would not have been charged if you had returned to your cell as directed. In regards to your subconscious telling you to turn, if the fact that both of the officers were yelling to you to return to your cell is counted as your subconscious then you were right to listen.

The officer involved will be addressed by Administration and proper action will be taken if necessary.

You asked that Ofcr. Krerowitz and Sgt. Novarro be investigated. You did not specify why you would like them investigated.

*If you wish to appeal this decision, check your inmate hand book for the procedure*

**Signed** _[signature]_  **Printed** _Chief_

# LAKE COUNTY SHERIFF ADULT CORRECTIONAL DIVISION
## REPORT OF DISCIPLINARY COMMITTEE FINDINGS

| Inmate: | **Brown, Marcus** | | | Booking #: | **L-108457** | Hearing #: | **08D022** |
|---|---|---|---|---|---|---|---|
| Date/Time of Hearing: | **01/15/08** | / | **0925 hrs** | Date/Time of Incident: | | **01/13/08** / | **1245 hrs.** |

| | Citation | Hearing Finding | | | Finding Penalty | | |
|---|---|---|---|---|---|---|---|
| 1. | Failure to Lockdown        (1) | G | X | NG | G | X | NG |
| 2. | Refusal to follow orders        (2) | G | X | NG | G | X | NG |
| 3. | Fighting        (11) | G | X | NG | G | X | NG |
| 4. | Interference with staff duties and responsibilities  (9) | G | X | NG | G | X | NG |
| 5. | Disrupting the orderly operation of the facility   (39) | G | X | NG | G | X | NG |
| 6. | | | | | | | |
| 7. | | | | | | | |

| 1. | | |
|---|---|---|

On Tuesday, January 15, 2008, I conducted a disciplinary hearing with inmate Brown. Inmate Brown informed me that Officer Sapyta told him to lockdown just prior to being hit in the facial area with the garbage can and he was protecting himself. Inmate Brown claims that it's classifications fault based on having his keep separate in the same housing unit.

After reviewing the report, speaking to Officer Sapyta and Officer Crittendon, the disciplinary committee finds that inmate Brown is Guilty of all charges.

Inmate Brown was provided staff assistance during his disciplinary hearing.

**The Committee recommends 40 days disciplinary lockdown. (OUT DATE:    02/21/2008)**

Note: Upon receipt of these findings, you have three days to file an appeal on an inmate grievance form.
Nota: Al recibo de estos resultados, tiene 3 (tres) dias para registrar una apelacion en un "forma de quejas".

| Do you wish to appeal?: | (please initial) | | |
|---|---|---|---|
| De sea usted apelar? | (firme con iniciales) | MB Yes/Si | No |

Committee Chairperson        **Sgt. W. R. Kinville**   _Sgt. W.R. Kinville_

Member(s)        **Officer Stiff**   _P. Stiff_

### Administrative Review

I have reviewed the above and concur __X__ do not concur _____ with the findings.

Comments:

Name: _____  Date/Time: _____
01-16-08

*Distribution when completed:*    *Jail Admin (Original +1) | Classification (2) | Max (1) | Inmate (1)*

## REPORT OF DISCIPLINARY COMMITTEE FINDINGS

| Inmate: | Johnson, Emmanuel | | Booking #: | L-108451 | Hearing #: | 08D021 |
|---|---|---|---|---|---|---|
| Date/Time of Hearing: | 01/16/08 / 1245 hrs | | Date/Time of Incident: | | 01/13/08 / 1245 hrs. |

| | | G | X NG | G | X | NG |
|---|---|---|---|---|---|---|
| 1. | Failure to Lockdown (1) | G | X NG | G | X | NG |
| 2. | Refusal to follow orders (2) | G | X NG | G | X | NG |
| 3. | Fighting (11) | G | X NG | G | X | NG |
| 4. | Interference with staff duties and responsibilities (9) | G | X NG | G | X | NG |
| 5. | Disrupting the orderly operation of the facility (39) | G | X NG | G | X | NG |
| 6. | | | | | | |
| 7. | | | | | | |
| 1. | | | | | | |

On Wednesday, January 16, 2008, I conducted a disciplinary hearing with inmate Johnson. Inmate Johnson informed me that he was protecting himself from being attacked by inmate Brown when he through the garbage can at him. Inmate Johnson claims that it's Jail Administration's fault based on having his keep separate in the same housing unit. Inmate Johnson requested that I speak to a inmate witness (inmate Melendez) which I did speak to in the 5N housing unit. Inmate Melendez informed me that Officer Sapyta did order inmate Brown to lock down and that inmate Johnson did throw the garbage can at inmate Brown without provocation.

After reviewing the report, speaking to Officer Sapyta and Officer Crittendon, and inmate Melendez (L-95945), the disciplinary committee finds that inmate Johnson is Guilty of all charges.

Inmate Johnson was provided staff assistance during his disciplinary hearing.

The Committee recommends 50 days disciplinary lockdown. (OUT DATE: 03/3/2008)

Note: Upon receipt of these findings, you have three days to file an appeal on an inmate grievance form.
Nota: Al recibo de estos resultados, tiene 3 (tres) dias para registrar una apelacion en un "forma de quejas".

Do you wish to appeal?: (please initial)
De sea usted apelar? (firme con iniciales)       Yes/Si _____       No _____

Committee Chairperson

Member(s)       Sgt. W. R. Kinville    SG WR Kinvll

Officer Skipper    JS, Skipper 874

### Administrative Review

I have reviewed the above and concur ___X___ do not concur _____ with the findings.
Comments:

Name: _____       Date/Time: _____01-16-08 02:00 ?-ARMY_____
                                                   01-16-08 03:15 RCVD

*Distribution when completed:*    Jail Admin (Original +1) | Classification (2) | Max (1) | Inmate (1)

LAKE COUNTY SHERIFFS ADULT CORRECTIONAL DIVISION
NOTICE OF ADMINISTRATIVE SEGREGATION

INMATE: BROWN, MARCUS #04-9772
LOCATION: ASU = 3NW 29
DATE : 06 21 06

MR. BROWN, YOU HAVE BEEN ASSIGNED TO STATUS 3 SEGREGATION.
THIS IS AN ADMINISTRATIVE SEGREGATION, AND THE CURRENT
DISCIPLINARY YOU ARE SERVING NECESSITATES THE NEED FOR THIS
SEGREGATION. BE ADVISED ONLY CHIEF FIRMAN CAN RELEASE YOU
FROM THIS STATUS.

YOUR SEGREGATION STATUS IS IN THE BEST INTEREST OF YOUR SAFETY
AND THE SAFETY AND SECURITY OF THE LAKE COUNTY SHERIFFS ADULT
CORRECTIONAL DIVISION.

WHILE ON THIS STATUS YOU WILL BE ON 23-HOUR LOCKDOWN WITH ONE
HOUR OUT DAILY. YOU WILL BE AFFORDED ONE HOUR OUT DAILY ON
THE DAY SHIFT. YOU WILL BE MONITORED BY ALL THREE SHIFTS. YOUR
BEHAVIOR WILL BE REPORTED TO THE CLASSIFICATION UNIT, AND
DISCUSSED WEEKLY AT OUR CLASSIFICATION MEETING.

THE LAKE COUNTY SHERIFFS ADULT CORRECTIONAL DIVISION OPERATES
IN THE BEST INTEREST OF SAFETY AND SECURITY OF THE STAFF,
INMATES, AND THE PUBLIC WE SERVE.

SHOULD YOU HAVE FURTHER QUESTIONS OR CONCERNS, FEEL FREE TO
ASK YOUR POD OFFICER TO CONTACT ME. AT MY EARLIEST CONVIENCE, I
WILL COME AND SPEAK TO YOU.

SERGEANT DAVID KIRK
CLASSIFICATION SUPERVISOR

Health Professionals, LTD

**Lake County Jail**

# Memo

Date:       1/30/08

From:       David Padilla
            DON

To:         Inmate brown marcus
Re:         Grievance 08g061



ASU - 19

This note is in response to your grievance 08g061. Upon receiving your communication, I reviewed your chart.   Your cut above the eye was superficial and did not require any stitches or steri strips. Doctor ordered motrin for you when he saw you on 1/22/08.


If your status changes and you feel the need to see, the Physician again fill out a Request Form.

If I can be of any other assistance, feel free to contact me.

David Padilla
DON.

RECEIVED
JAN 29 2008
BY: ncct

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

(check one box below for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/14/08

Your Name: Marcus Brown    "L" Number: 108457    Housing Unit / Cell#: 3North#79

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** MB

**Describe your concern:** (You are limited to the front of this form only)

On the about date I spoke to nurse karen pt. about an incident
that transpire the day before with me getting hit in the head with
an garbage can. I explain to her that I received tylol but didn't
receive any justice do to the pain I'm experiencing. I was giving
tylol yesterday on 1/13/08 by nurse Elizabeth too the Asur(pod)
(officer) Realize I was (having) major head pain due to my
dizziness, lose of vision for a momentity I never receive major treatment
do to what reason I don't know. I was not giving the proper medical
health care, I feel more should be done due to the pain I'm experiencing
I receive a gash above my right eye, only receive tylol for the deep
cut, pain.

REFER TO MEDICAL -SGT WEB

**Resolution Sought: (do not leave blank)** my inmates rights be granted, I receive
proper medical treatment

Inmate Signature: Marcus Brown    Received by: 3D/#9807    Date / Time Received: 1/14/08 130

White – Grievance Coordinator        Yellow – Inmate                    Rev: 11/07

01-15-08(8:04)

Grievance No.

**Part 1**

Your Name: Last, First / Su Nombre, Apellido/Primer

Brown, Monte (Kita)

Today's Date / Fecha de Hoy: 7/11/06      Unit, Bed / Unida, Celda: 2 Northwest # 29

Have you tried to solve this problem by speaking with a Corrections Officer or Commander?   yes
Ha tratado de resolver el problema hablando con un Carcelero o el Comendante?

How did you try to solve the problem? Como ha tratado de resolver éste problema?   Writting a grievance

Please describe the problem(s) / Favor de describir los problemas: On the same date cofc _____
and his coworker _____ passing tray _____ handed my tray with the lid still
on top of it. I, seeing officer _____ to eat my portions when I "bit" into
a white small pill. I dont know what _____ is but I'm not
trolling 3rd degree to the _____ receiving in law cent rail
at my poss grievance I been _____ _____ same check this problem
I showed cofc machak check the tray which he refused he would give me another
tray which I _____ ask for a supervisor a Lt.

☐ Check here if you are continuing on another page. Marque aqui si continua en otra pagina.

Please sign here / Favor de firmar aqui: _____          Received by: _____  961
Date / Fecha: 7/11/06                                        Time / Hora: 2:40 pm 7-11-06

**PART 2** (See back for instructions. Ver atras por Instrucciones.)

Grievance Resolution / Resolucion de Queja:

I OFFICER MACHAK TALKED TO I/m BROWN
TOLD HIM I WOULD GIVE HIM A NEW TRAY.
WHEN THE NEW TRAY ARRIVED I/m BROWN
REFUSED AND STATED THAT HE WOULD LIKE
TO TALK TO A WHITE SHIRT

Item is being looked into. When Sgt came    SM961
to see you & ofc asked tray you've refused to provied tray so
it could be looked into. OFC's are here for your safety. Assist
them by cooperating with them.   Sg _____

※ YOU WERE OFFERED A REPLACEMENT TRAY BUT REFUSED AND YOU ALSO REFUSED TO GIVE-UP YOUR
OLD TRAY FOR STAFF TO INSPECT. YOUR UNWILLINGNESS TO COOPERATE WILL NOT ENABLE THIS SITUATION
TO BE RESOLVED

☐ Check here if you are continuing on another page. Marque la caja si continua en otra pagina.

Grievance Coordinator/Administrador de Quejas _____        Date/Fecha: 7-12-06

White: Records          Yellow: Inmate when resolved          Pink: Inmate receipt

U:\Worddata\SHERIFF\Inmate grev..doc

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE GRIEVANCE / QUEJA DE PRESO

(29)

Grievance No.: _____

**Part 1** (See back for instructions. Ver atras por Instrucciones.)

Appeal My finding

**Your Name: Last, First / Su Nombre: Apellido, Primer**

Brown, Windal [9773]

| Today's Date / Fech de Hoy: 7/3/06 | Unit, Bed / Unida, Celda: 2 Northwest #34 |
|---|---|

Have you tried to solve this problem by speaking with a Corrections Officer or Commander? Yes

Ha tratado de resolver el problema hablando con un Carcelero o el Comendante?

How did you try to solve this problem? Como ha tratado de resolver este problema? Appeal My finding

Please describe the problem(s)/ Favor de describir los problemas: On 7/11/06 I receive d a disiplinary ticket for trying to get assistant due to my food was "tamper with an unknown oil" priorto this ticket I still have not received any information and I find it was denied the incident report to speak to Lithoman an higher authority. first states the medication accured between the inmate arrived to pass the trays out. I didn't have any knowlodge were the medication came from, the meals or dietary under my review cartion I was giving today due to I refused to get classification and being on my hearing statment was present. I explain the situation and my reasons why I wanted to speak to Lt. Howard. Also to he was one of my witness able to mocheck felt none of my witnesses were called. He took them away told me he will investcake. the grievance my witnesses were refuses listed day is extreme due to my right under violated "230 ILCS 130/3.1, "tampering with food 5/12 i 5...

☐ Check here if you are continuing on another page. Marque aqui si continua en otra pagina.

| Please sign here/Favor de firmar aqui: Windal Brown | Received by: R. Vcn 6310 |
|---|---|
| Date / Fecha 7/31/06 | Time / Hora 1925 |

**PART 2** (See back for Instructions. Ver atras por Instrucciones.)

Deny

Grievance Resolution / Resolution de Queja:

THIS GRIEVANCE WILL BE FORWARDED TO THE DISCIPLINARY COMMITTEE FOR REVIEW — SGT. NOVARRO 7/21/06.

Provide the ODR # that you are appealing + re-submit —

☐ Check here if you are continuing on another page. Marque la caja si continua en otra pagina.

| Grievance Coordinator/Administrador de Quejas: [signature] | Date/Fecha: 7/24/06 |
|---|---|

White: Records          Yellow: Inmate when resolved          Pink: Inmate receipt

U:\Worddata\SHERIFF\Inmate grev..doc

## LAKE COUNTY SHERIFF ADULT CORRECTIONAL DIVISION
### REPORT OF DISCIPLINARY COMMITTEE FINDINGS

#44

| Inmate: | Brown, Marcus | | Booking #: | 04-9772 | Hearing #: | 06D284 |
|---|---|---|---|---|---|---|
| Date/Time of Hearing: | 7/16/06 / 1235 | | Date/Time of Incident: | 07/11/06 / 1300 | | |

| | Violations | Plea Entered | | Committee Findings | |
|---|---|---|---|---|---|
| 1. | Refusal to follow staff orders | G | X NG | X G | NG |
| 2. | Insubordination | G | X NG | X G | NG |
| 3. | Interference with staff duties | G | X NG | X G | NG |
| 4. | Any act that disrupts the orderly operation of facility | G | X NG | X G | NG |
| 5. | | G | NG | G | NG |
| 6. | | G | NG | G | NG |

| | Witnesses | Summary of Statement |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| | | |

### Basis for Committee Findings

On 7/16/06 at approximately 1235 hours, I spoke with inmate Brown about above incident. Inmate Brown stated he refused to give the tray of food back because he found a pill in his food and he wanted something done about it. He admitted to refusing to give it to the Officers and Sgt. Uchiek. He also admitted to demanding to only give it to Lt. Hamm. Inmate Brown did not understand why he received a violation of rules for his actions. I explained to inmate Brown that refusing to give up a tray is grounds for a violation due to security reasons. He stated he requested Lt. Hamm because he knew something would be done with it. Lt. Hamm had to be pulled from his duties in order to handle this situation.

After reviewing the above statements and violation of rules, the committee recommends 40 days lockdown.

### Recommended Action

This committee recommends 40 days lock down. Out date 08/20/06.

Note: Upon receipt of these findings, you have three days to file an appeal on an inmate grievance form.
Nota: Al recibo de estos resultados, tiene 3 (tres) dias para registrar una apelacion en un "forma de quejas".

Do you wish to appeal?: (please initial)        MB
De sea usted apelar?: (firme con iniciales)    Yes/Si                    No

Committee Chairperson        _Sgt. Morris_

Member(s)                    _Officer Cheney #_

### Administrative Review

I have reviewed the above and concur _____ do not concur _____ with the findings.
Comments:

Name: _____    Date/Time: _____

*Distribution when completed:*    Jail Admin (Original +1) | Classification (2) | Max (1) | Inmate (1)

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE NOTIFICATION OF VIOLATION OF RULES

| REPORT # 06 0284 | LOCATION OF INCIDENT 3N ASU | DATE 7/11/06 | TIME 1300 |
|---|---|---|---|

| INMATE'S NAME: Brown, Marcus | BOOKING #: 04-9772 | HOUSING UNIT: 3N ASU |
|---|---|---|

| OTHER INMATES INVOLVED: None | ANY INJURIES YES (NO) | HOSPITALIZATION YES (NO) |
|---|---|---|

| RULE VIOLATED: | NUMBER | WITNESS |
|---|---|---|
| 1. Refusal to follow staff orders | 2 | YES  NO |
| 2. Insubordination | 3 | YES  NO |
| 3. Interference w/ staff duties & responsibilities | 19 | YES  NO |
| 4. Any act that disrupts the orderly operation | 38 | YES  NO |
| 5. | | YES  NO |

INCIDENT SUMMARY: On 7-11-06 OFFICERS Machak and Olivares were collecting food trays from lunch. When the officers asked inmate Brown for his tray he refused to give it. The officers and said that he found something in his food. The officers tried several times to get the tray from Brown and said they would report the item in Browns food. Brown refused to return the tray and Sgt Uchick was called. Brown refused to return the tray still and said he would return it only to Lt Hamm. Lt Hamm was to called from other duties to speak to Brown and get the tray. After returning to Brown's cell Lt Hamm was able to talk Brown into returning the tray and item found in his food.

| REPORTING OFFICER/ID# | CONTINUED |
|---|---|

NOTICE: YOU WILL BE AFFORDED AN IMPARTIAL HEARING REGARDING THE ALLEGED VIOLATIONS LISTED ABOVE. AT THAT TIME YOU MAY CALL WITNESSES AND PRESENT YOUR CASE SUBJECT TO SAFETY/SECURITY CONSIDERATIONS.

AVISO:   USTED RECIBIRA UNA  VISTA IMPARCIAL EN RELACION A LAS VIOLACIONES ALEGADAS YA MENCIONADAS. EN AQUELLA OCASION USTED PUEDE LLAMAR TESTIGOS Y PUEDE PRESENTAR SU CASO, EXPUESTO A CONSIDERACIONES DE SEGURIDAD.

| | YES | NO |
|---|---|---|
| Do you wish staff assistance to represent you at the disciplinary hearing? (Please initial) | MB  X | |
| Desea usted ayuda de algun oficial en representarse en la vista? (Firme con sus iniciales) | | |
| Do you wish to waive your 24 hour notice of the disciplinary hearing?  (Please initial) | MB  X | |
| Insiste usted en tener aviso de 24 horas para su vista? (Firme con sus iniciales) | | |
| Do you wish to waive your presence at the disciplinary hearing?  (Please initial) | | X  MB |
| Desea usted estar presente en la vista? (Firme con sus iniciales) | | |

Without admitting guilt, my signature acknowledges receipt.
Sin admitir estar culpable, acepto este recibo con mi firma.

INMATE'S SIGNATURE/FIRMA DEL PRESO

CORRECTIONS OFFICER/ID#

| 7/12/06 | 915 |
|---|---|
| DATE/FECHA | TIME/HORA |

White:  Inmate records          Canary:  Disciplinary Committee          Pink:  Inmate

# LAKE COUNTY SHERIFF ADULT CORRECTIONAL DIVISION
## REPORT OF DISCIPLINARY COMMITTEE FINDINGS

| Inmate: | **Brown, Marcus** | | | Booking #: | **04-9772** | Hearing #: | **06D284** |
|---|---|---|---|---|---|---|---|
| Date/Time of Hearing: | | **7/16/06** / | **1235** | Date/Time of Incident: | | **07/11/06** / | **1300** |

| | Violations | Plea Entered | | Committee Findings | |
|---|---|---|---|---|---|
| 1. | Refusal to follow staff orders | G | X NG | X G | NG |
| 2. | Insubordination | G | X NG | X G | NG |
| 3. | Interference with staff duties | G | X NG | X G | NG |
| 4. | Any act that disrupts the orderly operation of facility | G | X NG | X G | NG |
| 5. | | G | NG | G | NG |
| 6. | | G | NG | G | NG |

| | Witnesses | Summary of Statement |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| | | |

### Basis for Committee Findings

On 7/16/06 at approximately 1235 hours, I spoke with inmate Brown about above incident. Inmate Brown stated he refused to give the tray of food back because he found a pill in his food and he wanted something done about it. He admitted to refusing to give it to the Officers and Sgt. Uchick. He also admitted to demanding to only give it to Lt. Hamm. Inmate Brown did not understand why he received a violation of rules for his actions. I explained to inmate Brown that refusing to give up a tray is grounds for a violation due to security reasons. He stated he requested Lt. Hamm because he knew something would be done with it. Lt. Hamm had to be pulled from his duties in order to handle this situation.

After reviewing the above statements and violation of rules, the committee recommends 40 days lockdown.

### Recommended Action

This committee recommends 40 days lock down. Out date 08/20/06.

Note: Upon receipt of these findings, you have three days to file an appeal on an inmate grievance form.
Nota: Al recibo de estos resultados, tiene 3 (tres) dias para registrar una apelacion en un "forma de quejas".

Do you wish to appeal?: (please initial)    MB
De sea usted apelar?: (firme con iniciales)    Yes/Si _____    No _____
Committee Chairperson    _Sgt. Morris_____
Member(s)    _Officer Cheney_#_____

### Administrative Review

I have reviewed the above and concur _____ do not concur _____ with the findings.
Comments: _____

_____

Name: _____ Date/Time: _____

# LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
## INMATE GRIEVANCE / *QUEJA DE PRESO*

Grievance No.: _Oeg 824_

Appeal
Oeg 809

**Part 1** (See back for instructions. Ver *atras por Instrucciones*.)

Your Name: Last, First / Su *Nombre: Apellido, Primer*

_Brown, Marcus_                                    Asu 29

Today's Date / *Fech de Hoy:* _August 23_    Unit, Bed / Unida, *Celda:* _Northwest #29_

Have you tried to solve this problem by speaking with a Corrections Officer or Commander? _yes_
*Ha tratado de resolver el problema hablando con un Carcelero o el Comendante?*

How did you try to solve this problem? *Como ha tratado de resolver este problema?* _wrote grievance_

Please describe the problem(s) / *Favor de describir los problemas:* On the above date, time Ms. Kralowitz approach my cell with a status 3 paper sticer I can't be release from max until patrick demoll appeal it. My out date was Aug 20th/06 and my ticket "Never stated I would be placed on status 3". I just had my out date. My due process is being violated and I have need a threat to the county of inmates. I know there a major problem going on, this county dislike me but I have not been a 'burden (but) I need this situation to be look into...

☐ Check here if you are continuing on another page. *Marque aqui si continua en otra pagina.*

Please sign here / *Favor de firmar aqui:* _Marcus Brown_    Received by: _R. Borges_

Date / *Fecha* _August 23_    Time / Hora: _1537  8-23-06_

**PART 2** (See back for instructions. Ver *atras por Instrucciones*.)

Grievance Resolution / *Resolution de Queja:* _will pass to command_

UNABLE TO RESOLVE THIS ISSUE - SGT SMITH #915

Status 3 - This is a Classification Committee decision - Will send to Lt Mercado for final decision - JR...

Mr. Brown, You have been placed on Status II. Your removal from status will only be determined by Chief Friman. If you need another copy of your status II letter submit this on a request form to Classification and one will be quick to you again. Your appeal is denied.

☐ Check here if you are continuing on another page. *Marque la caja si continua en otra pagina.*

Grievance Coordinator / *Administrador de Quejas:* _Mercado_    Date / Fecha: _8/28/06_

Part 1

Instructions:          Please fill out only the boxes in part 1 and give the completed form to a Correctional
                       Officer. Write or print clearly, pressing hard so all copies can be read.

*instrucciones:*        *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un*
                       *carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean*
                       *legibles.*


Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply
within 7 working days. *Su queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira
una respuesta dentro de 7 dias de trabajo.*


Part 2

Instructions:          Part 2 is only filled out by the grievance coordinator.

*instrucciones:*        *Parte 2 se completa solo por el administrador de quejas.*

---

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your
appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision
made by the director or designee is final and cannot be appealed.

*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su
apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de
quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

---

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
### INMATE GRIEVANCE / QUEJA DE PRESO

Grievance No.: 069809

**Part 1**　　(See back for instructions. Ver atras por Instrucciones.)

**Your Name: Last, First / Su Nombre: Apellido, Primer**

Brown, Marcus (9712)

| **Today's Date / Fech de Hoy:** August 20th | **Unit, Bed / Unida, Celda:** Southwest #29 |
|---|---|

**Have you tried to solve this problem by speaking with a Corrections Officer or Commander?**

**Ha tratado de resolver el problema hablando con un Carcelero o el Comendante?** yes

**How did you try to solve this problem? Como ha tratado de resolver este problema?** wrote grievance

**Please describe the problem(s)/ Favor de describir los problemas:** On the above date officer Mr. Jak inform me that I would not be release out of max today which is my out date 20th. My due process, my eight amendment were violated. I never recceive another (here)ing stating that I could not be release on any administrative lock in max when my 30 days were up which are today! can this problem be look into?!

☐ Check here if you are continuing on another page. Marque aqui si continua en otra pagina.

| Please sign here/Favor de firmar aqui: Marcus Brown | Received by: [signature] |
|---|---|
| Date / Fecha August 20th /06 | Time / Hora 1450 |

**PART 2 (See back for instructions. Ver atras por Instrucciones.)**

**Grievance Resolution / Resolucion de Queja:**

CHANSKY - Unable to resolve in any capacity. Forwarded to Command - Denizs

AFTER TALKING TO A CLASSIFICATION OFFICER I WAS INFORMED HIS HOUSING ASSIGNMENT IS ONLY CHANGED BY ADMINISTRATION. IT IS UNCLEAR IF A LETTER WAS ISSUED TO HIM INDICATING THIS FACT. UNABLE TO RESOLVE AT THIS LEVEL. SGT. SMITH #915 8-20-06

Sir - Your status is such that only Chief Truman can authorize your release from ASU -

Sir - you do not require a hearing when you are placed on Status 3. This is a committee decision.

☐ Check here if you are continuing on another page. Marque la caja si continua en otra pagina.

| Grievance Coordinator/Administrador de Quejas: [signature] | Date/Fecha: 8/23/06 |
|---|---|

White: Records　　　　Yellow: Inmate when resolved　　　　Pink: Inmate receipt

U:\Worddata\SHERIFF\inmate grev..doc

## Part 1

Instructions:      Please fill out only the boxes in part 1 and give the completed form to a Correctional
                   Officer. Write or print clearly, pressing hard so all copies can be read.

instrucciones:     *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un*
                   *carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean*
                   *legibles.*

Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply
within 7 working days. *Su queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira*
*una respuesta dentro de 7 dias de trabajo.*

## Part 2

Instructions:      Part 2 is only filled out by the grievance coordinator.

instrucciones:     *Parte 2 se completa solo por el administrador de quejas.*

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your
appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision
made by the director or designee is final and cannot be appealed.

*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su*
*apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de*
*quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/9/08

Your Name: Marcus Brown    "L" Number: 108457    Housing Unit / Cell#: _____

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** _____

**Describe your concern:** (You are limited to the front of this form only)

I'm experiencing a obstacle at this very moment. I'm supose to be getting
out of here today. I was not stated on the major orders was told
that My out date state I get out some time in Feb. Which is a lie. I
have no such paper work stating any such thing I do have paper
work stating 1/9/08. I spoke to numerous officers about the incident,
was told that my out date does not next month. I was never
inform of any such thing. Which lead to my due process rights
are being violated!

**Resolution Sought: (do not leave blank)** That the proper form then due to
my time I spent

**Inmate Signature:** _[signature]_    **Received by:** Bram 797D    **Date / Time Received:** 1-9-08  2:00

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

### Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

3N

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
### INMATE GRIEVANCE / *QUEJA DE PRESO*

Grievance No.: 07G1243

**Part 1**     (See back for instructions. Ver *atras por Instrucciones.*)

Your Name: Last, First / Su *Nombre: Apellido, Primer*

Brown, Marcus 108457

| Today's Date / *Fech de* Hoy: 12/20/07 | Unit, Bed / Unida, *Celda:* 3n104th #1 |
|---|---|

Have you tried to solve this problem by speaking with a Corrections Officer or Commander? yes

Ha tratado de resolver el problema *hablando con un* Carcelero o el Comendante?

How did you try to solve this problem? Como ha tratado de resolver *este problema?* spoke to sgt.

Please describe the problem(s)/ Favor *de describir* los problemas: I have been on level #2 without any privledges for more than 30days! I was told that level #2 inmates are Review weekly during the classification meeting which was yesterday & I'm still reclassified as a level #2 inmate with no privledges meaning we have to wait to eat & hold for others! How does an level#2 inmate have to wait to eat before the (?) get there privledges back? "Bed Sheet's, covers"? My due process rights being violated I express this issue to numerous officers, Sgt's I would appreciate this situation be investigated as well a public policie be noted! so other level #2 inmates could be inform, know the policy

☐ Check here if you are continuing on another page. *Marque aqui si continua en otra pagina.*

| Please sign here/*Favor de firmar aqui:* Marcus Brown | Received by: Yaud |
|---|---|
| Date / Fecha 12/20/07 | Time / Hora 1515 |

**PART 2** (See back for instructions. Ver *atras por Instrucciones.*)

CLASS ISSUE 3rd lvl 12/21/07

Grievance Resolution / *Resolution de Queja:* FWD TO CMD

You will be continued to be discussed at the weekly class meeting while (?) are on the 3Su.

☐ Check here if you are continuing on another page. *Marque la caja si continua en otra pagina.*

| Grievance *Coordinator/Administrador de Quejas:* S. Mercado | Date/Fecha 12/08 |
|---|---|

White: Records          Yellow: Inmate when resolved          Pink: Inmate receipt

U:\Worddata\SHERIFF\inmate grev..doc

Part 1

Instructions:    Please fill out only the boxes in part 1 and give the completed form to a Correctional
                 Officer. Write or print clearly, pressing hard so all copies can be read.

instrucciones:   *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un
                 carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean
                 legibles.*

Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply
within 7 working days. *Su queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira
una respuesta dentro de 7 dias de trabajo.*

Part 2

Instructions:    Part 2 is only filled out by the grievance coordinator.

instrucciones:   *Parte 2 se completa solo por el administrador de quejas.*

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your
appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision
made by the director or designee is final and cannot be appealed.

*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su
apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de
quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
### INMATE GRIEVANCE / *QUEJA DE PRESO*

Grievance No.: See Below    1 d 1

**Part 1**    (See back for instructions. Ver *atras por Instrucciones*.)

**Your Name:** Last, First / **Su** *Nombre: Apellido, Primer*

_Excueliliyivns 108457_

**Today's Date / *Fech de Hoy:*** 12/26/07 | **Unit, Bed / *Unida, Celda:*** 3rd all #43

Have you tried to solve this problem by speaking with a Corrections Officer or Commander? yes

Ha tratado de resolver el problema *hablando con un* Carcelero o el Comendante?

How did you try to solve this problem? Como ha tratado de resolver *este problema?* spoke to sgt Navarro

Please describe the problem(s)/ Favor *de describir los problemas:* on the above date c/o Diaz Sgt navaro
at reach my cell to receive my bedding due to me being on level #2. During the deshers I
was told to bend down for my officer, place my hands there, the chashole as I could
be placed in handcuff. At that moment I took u hell this process sypos to had because
due to the sgt ok no come at the been to just get the bedding, sheets Sgt navaro stated
this is what the chief inform him to start doing out after I took u hell it public
and acked he stated no "it don't have to be" after that convensation I ask why am
I'm still on level #2 after I been out of trible for more than 3 days, which I'm
suppose to be the police for getting at level #2. Sgt navaro stated he call D.O.C.

☒ Check here if you are continuing on another page. *Marque aqui si continua en otra pagina.*

Please sign here/*Favor de firmar aqui:* _____ | Received by: E. Skipper #603
Date / Fecha 12/26/07 | Time / Hora 12:17pm

**PART 2** (See back for instructions. Ver *atras por Instrucciones*.)

Grievance Resolution / *Resolucion de Queja:*

This has been previously addressed in 07G1218

☐ Check here if you are continuing on another page. *Marque la caja si continua en otra pagina.*

Grievance *Coordinator/Administrador de Quejas:* _____ | Date/Fecha: 1/8/08

White: Records    Yellow: Inmate when resolved    Pink: Inmate receipt

U:\Worddata\SHERIFF\Inmate grev..doc

Part 1

| | |
|---|---|
| Instructions: | Please fill out only the boxes in part 1 and give the completed form to a Correctional Officer. Write or print clearly, pressing hard so all copies can be read. |
| instrucciones: | *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean legibles.* |

Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply within 7 working days. *Su queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira una respuesta dentro de 7 dias de trabajo.*

Part 2

| | |
|---|---|
| Instructions: | Part 2 is only filled out by the grievance coordinator. |
| instrucciones: | *Parte 2 se completa solo por el administrador de quejas.* |

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision made by the director or designee is final and cannot be appealed.

*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
### INMATE GRIEVANCE / QUEJA DE PRESO

Grievance No.: _____

*1 of 2*

**Part 1**    (See back for Instructions. Ver atras por Instrucciones.)

**Your Name:** Last, First / *Su Nombre: Apellido, Primer*

Brown, Marcus

**Today's Date / Fech de Hoy:** 12/26/07    | **Unit, Bed / Unida, Celda:** 3rd Cell #43

Have you tried to solve this problem by speaking with a Corrections Officer or Commander?  yes

Ha tratado de resolver el problema *hablando con un Carcelero o el Comendante?*

How did you try to solve this problem? *Como ha tratado de resolver este problema?*  spoke to sgt

Please describe the problem(s)/ *Favor de describir los problemas:* and they stated to him that this
level #2 situation cool best up to bookys, which is D.O.C. (level #2 "don't even exist"
my complaints now I'm not being treated equal nor fair! Due to two other
inmates went bookys without any problems no incidents, and they is here
placed back at level #2. what it comes to me getting at sgt havelka, I got
a newer rule as well he state a new policy I call this situation be
investigated as well explain!! Due to my first, fourteen Constitution rights
are being ~~broke~~ violated!

☐ Check here if you are continuing on another page. *Marque aqui si continua en otra pagina.*

Please sign here/*Favor de firmar aqui:* Marcus Brown    | Received by: _____
Date / Fecha 12/26/07    | Time / Hora 12-13

**PART 2** (See back for Instructions. Ver atras por Instrucciones.)

Grievance Resolution / *Resolution de Queja:*

See Page 2

☐ Check here if you are continuing on another page. *Marque la caja si continua en otra pagina.*

Grievance Coordinator/*Administrador de Quejas:* Lt. McCoy    | Date/Fecha: 1/8/08

White: Records        Yellow: Inmate when resolved        Pink: Inmate receipt

U:\Worddata\SHERIFF\inmate grev..doc

Part 1

Instructions:           Please fill out only the boxes in part 1 and give the completed form to a Correctional

                        Officer. Write or print clearly, pressing hard so all copies can be read.

*instrucciones:*          *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un*

                        *carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean*

                        *legibles.*


Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply

within 7 working days. Su *queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira*

*una respuesta dentro de 7 dias de trabajo.*


Part 2


Instructions:           Part 2 is only filled out by the grievance coordinator.


*instrucciones:*          *Parte 2 se completa solo por el administrador de quejas.*

---

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your

appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision

made by the director or designee is final and cannot be appealed.


*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su*

*apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de*

*quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

---

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 2/14/08

Your Name: Marcus Brown    "L" Number: 108457    Housing Unit / Cell#: 3x Nath #24

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

On the above date I spoke to Nurse Toi personally, and asked the nurse about a major problem I was having due to a passed incident that transpire on 1/13/08 when I got hit in the head with a transcan. Nurse Toi stated she would bring the issue to the head nurse/doctor when she return back due to her located in the nurse office. I never receive a respond back today nor with in the last two weeks. I submitted two medical request as well wrote to inmate request slips to nurse Dave, to the head doctor. I have not receive either pertif treatment nor help with my injury. Can this dilemma be address due to I have a memo stating "if my status change, I feel the need to see the physician fill out a request form. I repeted these acts numerous & thus have not receive any follow up or respond with in the last two weeks run to get medical attention!

**Resolution Sought:** (do not leave blank)    "that I get medical treatment"

Inmate Signature: _Marcus Brown_    Received by: OFC. Duane    Date / Time Received: 2/14/08    1900

White – Grievance Coordinator    Yellow – Inmate    Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought.** Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal.**

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/13/08

Your Name: Marcus Brown   "L" Number: 108457   Housing Unit / Cell#: 3 North #19

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

I'm whitting this grievance due to on 1/12/08 when I was release form ASU which was three days later then my outdate which was 1/9/08 I was placed at classification by Sgt. Dababneh, officer Kherowitz. What knowing I had a keep seperate in that housing unit them two officers knowingly, Sgt D. knowed place me like in danger by having me being in that same environment with that inmate Do to there lack of educean and professionalism I was attack with a garbage can which lead me to getting hit in the head as well causing a gash above my Right eye. If the two officer's walk rate done there job I would of never been attack Nor would I be facted by my keep seperate

**Resolution Sought:** (do not leave blank) That the officer protect the Rights and of the inmates, saftey

Inmate Signature: Marcus Brown   Received by: BD 9507   Date / Time Received: 1/14/08 1309

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be filled out completely, legible, understandable, and presented in a courteous manner.

A grievance MUST include any remedy sought. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and your basis for appeal.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/13/08

Your Name: Marcus Brown    "L" Number: 108457    Housing Unit / Cell#: 3 North #19

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

On the above date I was on 5 North classification #47. During my time arrival
2/8 on classification I had a keep seperate on an inmate by the name Emmanuel Johnson
on todays date officer Skota open my cell door form his desk down stairs
when knowing me another inmate Emmanuel johnson have keep seperate on each
other the officer told me to come down stairs to recive my commissary which just
come form my personal property. As I was going down stairs I thought (the
other inmate rides) locked down in his cell. when I approach the end of the
stairs officer Skota yell, told me to lock down, and that very moment inmate
Emmanuel Johnson rush me with a garbage car form my side view, hit me in
the head about my upper head, eyes of during that moment the inmate kept
trying to injure me, hurt me. Officers couldn't the inmate broke us been apart off
of me. My life was in danger at this very moment as I speak
my head is hurting now. The inmate handbook state during introduction that the jail
operates under management philosofy of direct supervision, officer maintain effective
supervision and control of inmates. The Mission State "Adult correctional division"
is to maximize contribution to community protection public safety and victims right though
custodial supervision; it also state "will operate a safe secure fiscally conscious
correctional facility with highest degree of ethics, professionalism. How is
that to be!!

**Resolution Sought: (do not leave blank)** That the officers do there "job"

Inmate Signature: [signature]    Received by: OFC Swank    Date / Time Received: 1/13/08

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal.**

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)

☒ **Grievance**

☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/14/08

Your Name: Marcus Brown    "L" Number: 1084557    Housing Unit / Cell#: 3 North #19

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

On the about date I spoke to nurse Mary jo about an incident that transpire the day before with me getting hit in the head with an garbage can I explain to her that I received tylan but didn't receive any justice do to the pain I'm experiencing. I was giving tylan yesterday on 1/13/08 by nurse Elizabeth I feel the Asst pod officers realize I was having major head pain due to my dizziness, loss of vision for a incident I I receive because imajor treatne do to what reason I don't know but I was not giving the proper medical health care, I feel more should be done due to the pain I'm experiencing I receive a gash above my right eye, only receive tylan for the deep cut, pain

**Resolution Sought:** (do not leave blank) my inmates rights be excuted, I receive proper medical treatment

Inmate Signature: _Marcus Brown_    Received by: 3D1 #9807    Date / Time Received: 1/14/08 1303

White – Grievance Coordinator         Yellow – Inmate                    Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.



# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☒ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☐ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/15/08

Your Name: _____  "L" Number: 108457  Housing Unit / Cell#: 4 ACATI #19

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

I would like to address an incident and my finding which transpire on 1/13/08. Before I engage deeper into this grievance, I feel "victim" is excess malicious in the officers and classification committe. The same committe that placed me on 5-north with my co-at order keep separat! On 1/13/08 I was coming from ASU which was 3-days after my medical out date when I was placed on 5-north. I inform officer sapta that I didn't recieve my med-at at that moment officer propton me that my keep separte was present on the pod, I will true to wait until we talk Mr. Jurbardikum at 9:00. After I was inform of my keep separte I submitted two request slip 1 to you, 1 to classification informing them of the situation. I never was remove nor received a respond back from my request slips! The following day 1/13/08 officer sapta was making 5-north dining in "5-left the officer open my door came set his control panel, when I approach my cell door officer sapta waved me down stairs to receive my commissary which arrive. Ever my property As I got dressed headed out my cell down the stairs in subconscious told me to turn the very right, at that moment I got hit in the face/head with a television! That's when officer sapta finally told me to look down in the same split second I got attack hit with an object officer sapta grab Mr. Johnson from behind, a fearful officer stood in front of me at that moment I stated I'm cool, walked back to my cell with no problems. I was then reject to Medical idue to a gash I recieve above my right eye, then rejected to ASU. I never had a victim or ordinary against Mr. Johnson so why would I engage into a fight? Our keep separate came about from the judge when we first arrived in lake county. Due to the victim in my case is a family member of Mr. Johnson.

The officer who write the Notification of violation is bogus, failed to cover up for his unprofessionalism!

**Resolution Sought: (do not leave blank)** That this incident be investigated, I be "Release from ASU" or get my 45 days decrease to something Reasonable. Also investigate classification sgt D. Navarro, officer krankwitz"

Inmate Signature: _____  Received by: C Arceaus  Date / Time Received: 1/503-2200

White – Grievance Coordinator        Yellow – Inmate                Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that **you** were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/25/08

Your Name: Marcus Brown     "L" Number: 108437     Housing Unit / Cell#: 3 North #19
BROWN MARCUS

"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials: MB

**Describe your concern:** (You are limited to the front of this form only)

On the above date c/o's skater thomas worked 3gu buildings there in shift c/o skater approach my cell naked if i wanted to take my hair out behind the wall. I refuse my hair cut due to i don't feel safe in the present of c/o skater. Due to c/o skater out my life in danger on 1/13/08 when I was in classification office skater open my cell door let my help people attack me...

[several illegible handwritten lines]

and this situation be taking care of?

[illegible handwritten lines]

**Resolution Sought: (do not leave blank)** I'm asking that officer skater don't be allow in my present due to his unprofessionalism, I don't feel safe nor comfortable around the officer.

Inmate Signature: [signature]     Received by: TLO-10306     Date / Time Received: 1/27/08 2158

White – Grievance Coordinator          Yellow – Inmate          Rev: 11/07

On the form briefly describe the circumstances surrounding the grievance and how you would like the issue resolved, then return it to the pod officer. The officer will give you a copy of the form and forward the original to the grievance coordinator. The grievance coordinator will investigate and review your concern. You will receive a written response back within 30 days of filing the grievance. You may appeal the decision of the grievance coordinator by submitting an appeal to the Chief of Corrections within 72 hours. The Chief or their designee's decision is final. You will receive a response back on your appeal within 30 days of filing the appeal. Any other appeals submitted will be returned unprocessed and be deemed to have no merit.

If you are unable to read or write the English language, you may request the assistance of the pod officer or another inmate to assist you in completing your grievance. The Lake County Jail does not offer legal assistance to inmates in these matters.

Because of time limitations, inmates who have concerns regarding an in-pod sanction are encouraged to fill out an inmate request form or discuss their concern with the command staff. An inmate who files a grievance that is later determined to be fabricated is subject to disciplinary action.

## Remember, you are required to follow all lawful instructions given by the Sheriff and his agents/staff.

A grievance must indicate that you were personally affected by a facility or personnel action, or omission.

Group grievances are prohibited.

Grievances must be **filled out completely**, legible, understandable, and presented in a courteous manner.

A grievance **MUST include any remedy sought**. Grievances submitted with no solvable issue will be returned as "noted" and unprocessed.

A grievance will not contain inappropriate, belligerent, foul or abusive language.

Only one complaint per grievance form is authorized.

The grievance must be submitted within 10 days of the event that caused the grievance.

Only one appeal per decision is permitted. **All other appeals will be returned unprocessed, noted as such, and be deemed to have no merit.**

When appealing a grievance decision, the appeal must also include a copy of the grievance being appealed. The appeal must clearly identify the grievance decision and **your basis for appeal**.

Failure to comply with these grievance procedures will result in a delay in the grievance being processed and may be returned unprocessed or dismissed.

If a grievance is returned to an inmate because it was filled out incorrectly, they will have 72 hours to correct & resubmit it, if they desire to resubmit.

Grievances are typically answered within 20 days, but can be extended to 30 days by the Grievance coordinator or higher authority.

## LAKE COUNTY SHERIFF'S ADULT CORRECTIONAL DIVISION
### INMATE GRIEVANCE / *QUEJA DE PRESO*

Grievance No.: 07G 1135

**Part 1** (See back for instructions. Ver *atras por Instrucciones*.)

**Your Name:** Last, First / **Su** *Nombre:* Apellido, Primer

Brown, Marcus 10 8457

**Today's Date / *Fech de Hoy:*** 11/23/07 | **Unit, Bed / *Unida, Celda:*** 3

Have you tried to solve this problem by speaking with a Corrections Officer or Commander?
Ha tratado de resolver el problema *hablando con un* Carcelero o el Comendante? | yes

How did you try to solve this problem? Como ha tratado de resolver *este problema?* spoke to sgt

Please describe the problem(s)/ Favor *de describir los problemas:* On 11/23 As well issue two blankets due to the temperature dropping below 35° degrees the top unit in certain cells including the one i'm in at this moment have ventilation problems due to tissue other unknown objects clog inside them with me being placed on level #2 not being able to have my bed bedding sheets nor blankets i'm confine to my empty cell with nothing but steel without a day cusion/top material to keep warm I have been experiencing this throughout ever since I been placed on level #2 8/31/07. Since 9/25/07 I have not made any attempt to be violent nor made any actions nor threats towards others or self problem still there i'm held everyday from the it mess I have made worse without heat from 7th to now which leads to me having health problems physically from back pain, mentally from lack of sleep/rest as well/stress. Can this situation be taking care of ?!

☐ Check here if you are continuing on another page. *Marque aqui si continua en otra pagina.*

Please sign here/*Favor de firmar aqui:* Marcus Brown | Received by: OFc Walker
Date / *Fecha* 11/23/07 | Time / *Hora* 220.0

**PART 2** (See back for instructions. Ver *atras por Instrucciones*.)
Grievance Resolution / *Resolution de Queja:* Forward to command

Your classification will be reviewed at the weekly classification meeting.

☐ Check here if you are continuing on another page. *Marque la caja si continua en otra pagina.*

Grievance *Coordinator/Administrador de Quejas:* Ht. Mos | Date/*Fecha:* 12/3/07

**White: Records**    **Yellow: Inmate when resolved**    **Pink: Inmate receipt**

U:\Worddata\SHERIFF\inmate grev..doc

Part 1

Instructions:          Please fill out only the boxes in part 1 and give the completed form to a Correctional
                       Officer. Write or print clearly, pressing hard so all copies can be read.

instrucciones:          *Favor de completar solo las cajas en la parte No. 1 y dar esta forma completa a un
                        carcelero. Escriba claramente, imprimiendo con fuerza para que todas copias sean
                        legibles.*

Your grievance has been received and will be investigated by the grievance coordinator. You will receive a reply
within 7 working days. Su *queja ha sido recibida, y sera investigada por el administrador de quejas, usted recibira
una respuesta dentro de 7 dias de trabajo.*

Part 2

Instructions:          Part 2 is only filled out by the grievance coordinator.

instrucciones:          *Parte 2 se completa solo por el administrador de quejas.*

If you feel that this grievance resolution is not acceptable, you may appeal it to the Director or his designee. Your
appeal must fully describe why you think the grievance coordinators resolution was not acceptable. The decision
made by the director or designee is final and cannot be appealed.

*Si usted no acepta esta resolucion de queja, puede apelarla al gerente de administracion y servicios de apoyo. Su
apelacion debe describir completamente las rezones porque no pudo aceptar la resolucion del adminstrador de
quejas. La decision del gerente de administracion y servicios de apoyo es final y no puede ser apelada.*

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☒ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 1/13/08

Your Name: Marcus Brown    "L" Number: 108457    Housing Unit / Cell#: 3 North #9

**"I have read and understand the grievance procedure as outlined in the inmate handbook" Initials:** MB

**Describe your concern:** (You are limited to the front of this form only)

I'm writing this grievance due to on 1/12/08 when I was release form Ast. Which was three days later then my ordinary out date which was 1/9/08 I was placed on classification by Sgt. Darbarea, officer Keenawitz when I knew I had a keep separate in that housing unit. Then two officers Keenawitz, Sgt. D. Navarro place me like in danger b. having me being put that same environment with that inmate. Do to their lack of concern and professionalism I was attack with a garbage can which lead me to getting hit in the head as well causing a gash above my right eye. If the two officers would have done their job I would of never been attack nor would I be faced by my keep separated

Previously addressed ~
08 G 55        1/28/08

**Resolution Sought:** (do not leave blank) That the officer protect the Rights of the inmates, safety

Inmate Signature: Marcus Brown    Received by: BD #502    Date / Time Received: 1/14/08 1309

White – Grievance Coordinator        Yellow – Inmate        Rev: 11/07