UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 24 2008
3-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)                    )
                                )
         v.                     )
                                )    08CV1701
Defendant(s)                    )    JUDGE SHADUR
                                )    MAG. JUDGE DENLOW
                                )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __Marcus Brown__, declare that I am the (check appropriate box)
   ☑ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

                                    __Marcus Brown__
                                    Movant's Signature

                                    Street Address __P.O Box 38__

                                    City/State/Zip __Waukegan IL 60085__

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |



Marcus Braud (084457)
P.O. Box 38
Waukegan IL, 60085

Stephen Richards
326 west Adams
Suite 750
Chicago IL, 60606



Marcus Braud 1084457
P.O. Box 38
Waukegan IL, 60085

Jeffrey Schultz
900 west Jackson Blvd
Suite 650
Chicago IL, 60607



Steven Pinto
111 West Washington St
Suite 1531
Chicago IL, 60602

William D Klink
218 w Jefferson St
Chicago IL, 60661

Marcus Baul[OBUST]
P.O Box 38
Waukegan IL 60085

Marcus Baul[OBUST]
P.O Box 38
Waukegan IL 60085

Richard Ruby
c/o: Roosevelt University
430 South Michigan Ave
Chicago IL, 60605

Dave Makotoff
426 E Park Avenue
Highland Park IL,
60035

P.O Box 38
Waukegan IL, 60085

Marcus Brown 108451
P.O Box 38
Waukegan IL, 60085



Jon Loey
30 N. Ma St
Suite 100
Chicago, IL 60601

Mariah Perkins
Professor C/Moke Justice Dept
Chicago State University
9501 South King Dr.
Suite 4HH 308
Chicago, IL 60628-1598

P.O. Box 38
Waukegan, IL 60085

Marcus Braun (1084157)
P.O. Box 38
Waukegan, IL 60085



Jeffrey Haas
1180 N. Milwaukee Ave
Chicago IL 60622

Marcus Brawl 108487
P.O Box 38
Waukegan IL 60085