Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1701 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Marcus Brown vs. Chief Jennifer Witherspoon | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Brown is granted leave to proceed without prepayment of the entire $350 filing fee, although he will be liable to pay that full amount in future installments. (3-1) Brown's motion for appointment of counsel is denied as moot. (4-1) In summary, this Court's Section 1915(a) screening has revealed that Brown has "fail[ed] to state a claim upon which relief may be granted," which under Section 1915A(b)(1) constitutes a ground for dismissal. Both the Complaint and this action are accordingly dismissed, and this dismissal constitutes a "strike" for purposes of Section 1915(g). (Attachments)

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|